# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ )
AND ON BEHALF OF ALL )
OTHER PERSONS SIMILARLY )
SITUATED )
        Plaintiffs, )
)
vs. )
)
Future Media Concepts, Inc., )
)
        Defendant. )
)

Case No. 1:17-CV-8652 (JPO)
**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, Future Media Concepts, Inc., pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: April 2018, 2018 3:06 PM PDT

_[signature]_
Jeffrey M. Gottlieb, Esq.
**GOTTLIEB & ASSOCIATES**
150 E. 18th Street (Suite 408)
New York, NY 10007

E-mail: nyjg@aol.com

*Attorneys for Plaintiffs*

SO ORDERED:

_____

**Hon. J. Paul Oetken, U.S.D.J.**

{00587733.DOCX.1}

_[signature]_
Richard P. Kaye, Esq.
**ELLENOFF GROSSMAN & SCHOLE LLP**
1345 Avenue of the Americas, 11th Fl.
New York, N.Y. 10105

E-mail: rkaye@egsllp.com

*Attorneys for FMC*

Date: 7/31/2018

_[signature]_
J. PAUL OETKEN
United States District Judge

8/2/18